(Counsel for the parties listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY ACOSTA, an individual, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation authorized to do business in the State of California, and DOES 1 through 100, Inclusive,<br><br>Defendants. | No. C-09-03957 JF<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

| | |
|---|---|
| 1 | DAVID R. MARKHAM (Cal. State Bar No. 71814) |
|   | R. CRAIG CLARK (Cal. State Bar No. 129219) |
| 2 | JAMES M. TREGLIO (Cal. State Bar No. 228077) |
|   | LAURA M. COTTER (Cal. State Bar No. 259445) |
| 3 | CLARK & MARKHAM LLP |
|   | 600 B Street, Suite 2130 |
| 4 | San Diego, California 92101 |
|   | Telephone: (619) 239-1321 |
| 5 | Facsimile: (619) 239-5888 |
|   | E-mail: dmarkham@clarkmarkham.com |
| 6 | E-mail: cclark@clarkmarkham.com |
|   | E-mail: jtreglio@clarkmarkham.com |
| 7 | E-mail: lcotter@clarkmarkham.com |
| 8 | WALTER HAINES (Cal. State Bar No. 71075) |
|   | UNITED EMPLOYEES LAW GROUP |
| 9 | 65 Pine Avenue, #312 |
|   | Long Beach, California 90802 |
| 10 | Telephone: (877) 696-8378 |
|    | Facsimile: (562) 256-1006 |
| 11 | E-mail: walter@whaines.com |
| 12 | Attorneys for Plaintiff Anthony Acosta |
| 13 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
|    | GREGGORY W. DALTON (Cal. State Bar No. 252000) |
| 14 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|    | 55 Second Street, 24th Floor |
| 15 | San Francisco, California 94105 |
|    | Telephone: (415) 856-7000 |
| 16 | Facsimile: (415) 856-7100 |
|    | E-mail: jeffwohl@paulhastings.com |
| 17 | E-mail: greggorydalton@paulhastings.com |
| 18 | Attorneys for Defendant Target Corporation |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☐ Mediation (ADR L.R. 6)

**Private Process:**

☒ Private mediation

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

☒ other requested deadline: May 31, 2010

Dated: January 7, 2010.   DAVID R. MARKHAM
R. CRAIG CLARK
JAMES M. TREGLIO
LAURA M. COTTER
CLARK & MARKHAM LLP

By: /s/   *James M. Treglio*
James M. Treglio
Attorneys for Plaintiff Anthony Acosta

Dated: January 8, 2010.   JEFFREY D. WOHL
GREGGORY W. DALTON
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/   *Greggory W. Dalton*
Greggory W. Dalton
Attorneys for Defendant Target Corporation

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☒ Private mediation

Deadline for ADR session

☒ By May 31, 2010.

IT IS SO ORDERED.

Dated: January S.__, 2010.

_____
Jeremy Fogel
United States District Judge