1   (Counsel for the parties listed on next page)

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  ANTHONY ACOSTA, an individual, on          No. C-09-03957 JF
    behalf of himself, and all others similarly
13  situated,                                  **CLASS ACTION**

14                       Plaintiff,            **STIPULATION AND [PROPOSED]
                                               ORDER SELECTING ADR PROCESS**
15        vs.

16  TARGET CORPORATION, a Minnesota
    corporation authorized to do business in the
17  State of California, and DOES 1 through
    100, Inclusive,
18
                         Defendants.
19

20

21

22

23

24

25

26

27

28

DAVID R. MARKHAM (Cal. State Bar No. 71814)
R. CRAIG CLARK (Cal. State Bar No. 129219)
JAMES M. TREGLIO (Cal. State Bar No. 228077)
LAURA M. COTTER (Cal. State Bar No. 259445)
CLARK & MARKHAM LLP
600 B Street, Suite 2130
San Diego, California  92101
Telephone:  (619) 239-1321
Facsimile:  (619) 239-5888
E-mail: dmarkham@clarkmarkham.com
E-mail: cclark@clarkmarkham.com
E-mail: jtreglio@clarkmarkham.com
E-mail: lcotter@clarkmarkham.com

WALTER HAINES (Cal. State Bar No. 71075)
UNITED EMPLOYEES LAW GROUP
65 Pine Avenue, #312
Long Beach, California  90802
Telephone:  (877) 696-8378
Facsimile:  (562) 256-1006
E-mail: walter@whaines.com

Attorneys for Plaintiff Anthony Acosta

JEFFREY D. WOHL (Cal. State Bar No. 96838)
GREGGORY W. DALTON (Cal. State Bar No. 252000)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
E-mail: jeffwohl@paulhastings.com
E-mail: greggorydalton@paulhastings.com

Attorneys for Defendant Target Corporation

1    Counsel report that they have met and conferred regarding ADR and have reached the following

2    stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3    The parties agree to participate in the following ADR process:

4    **Court Processes:**

5    ☐    Non-binding Arbitration (ADR L.R. 4)

6    ☐    Early Neutral Evaluation (ENE) (ADR L.R. 5)

7    ☐    Mediation (ADR L.R. 6)

8    **Private Process:**

9    ☒    Private mediation

10   The parties agree to hold the ADR session by:

11   ☐    the presumptive deadline (*The deadline is 90 days from the date of the order referring the*

12        *case to an ADR process unless otherwise ordered.*)

13   ☒    other requested deadline:  May 31, 2010

14   Dated:  January 7, 2010.          DAVID R. MARKHAM
                                        R. CRAIG CLARK
15                                      JAMES M. TREGLIO
                                        LAURA M. COTTER
16                                      CLARK & MARKHAM LLP

17
                                        By:  /s/          *James M. Treglio*
18                                                    James M. Treglio
                                              Attorneys for Plaintiff Anthony Acosta
19

20   Dated:  January 8, 2010.          JEFFREY D. WOHL
                                        GREGGORY W. DALTON
21                                      PAUL, HASTINGS, JANOFSKY & WALKER LLP

22
                                        By:  /s/          *Greggory W. Dalton*
23                                                    Greggory W. Dalton
                                              Attorneys for Defendant Target Corporation
24

25

26

27

28

1

**[PROPOSED] ORDER**

2        Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3        ☒        Private mediation

4        Deadline for ADR session

5        ☒        By May 31, 2010.

6        IT IS SO ORDERED.

7        Dated:  January S., 2010.

8                                                _____
                                                            Jeremy Fogel
9                                                United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28