\*\*E-Filed 5/12/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY ACOSTA, an individual, on behalf of himself, and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TARGET CORPORATION, a Minnesota corporation authorized to do business in the State of California, and DOES 1 through 100, Inclusive,<br><br>　　　　　　　Defendants. | No. C-09-03957 JF<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** |

1    Pursuant to the parties' Stipulated Request for Order Changing Time, and good cause
2 appearing therefor,
3    IT IS ORDERED that the parties' Stipulated Request for Order Changing Time be and
4 hereby is GRANTED.
5    IT IS FURTHER ORDERED that the Court's Order setting June 11, 2010, as the parties'
6 deadline to participate in private mediation is VACATED.
7    IT IS FURTHER ORDERED that the next case management conference in this case,
8 scheduled for June 11, 2010, at 10:30 a.m., shall be continued to __July 9, 2010__,
9 following the parties' mediation on June 30.
10    Dated: May __12__, 2010.

_____
Jeremy Vogel
United States District Judge

LEGAL_US_W # 64593527.1

-- 2 --

[PROPOSED] ORDER GRANTING STIPULATED
REQUEST FOR ORDER CHANGING TIME
U.S.D.C., N.D. Cal., No. C-09-03957 JF