UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| ANTHONY ACOSTA,<br><br>             Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION,<br><br>             Defendant. | Case No.: C 09-3957 JF (PVT)<br><br>**ORDER RE: PARTIES PROPOSED FORM OF PROTECTIVE ORDER**<br><br>**(Re: Docket No. 16)** |

Currently pending before the court is the parties' "Joint Stipulation for Protective Order."[1] Based on the proposed form of order presented,

IT IS HEREBY ORDERED that, no later than June 29, 2010, the parties shall submit a revised form of protective order that:

1. Authorizes the court and court personnel to view material designated "CONFIDENTIAL" (as drafted, the order provides for filing Confidential documents under seal, but does not provide for disclosure of such documents to the court and any court personnel who work on the case);

2. Adds to Paragraph 20 a requirement of at least 5 days advance notice to the designating party before any Confidential information is disclosed pursuant to a legal requirement or court order in another case;

3. Eliminates Subparagraph c of Paragraph 22 (if information comes into a receiving

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

        party's legitimate knowledge independently of the production by the designating party, they should seek agreement of the designating party, or order of the court, to de-designate the information); and

4.     Includes a signature block for the court to sign at the end of the document, rather than as a separate order.

The parties may wish to consult the court's model forms of protective order, available in the Forms section of the court's website (www.cand.uscourts.gov) for appropriate wording to meet the foregoing requirements.

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the parties' proposed form of order, as modified herein, shall govern the handling of confidential information obtained through discovery or informally exchanged by the parties in connection with this action

Dated: *June 9, 2010*

                              PATRICIA V. TRUMBULL
                              United States Magistrate Judge