1    (Counsel for the parties listed on next page)

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12   ANTHONY ACOSTA, an individual, on      No. C-09-03957 JF
     behalf of himself, and all others similarly

13   situated,                         **STIPULATION OF DISMISSAL OF ACTION**
                                    **WITH PREJUDICE; [PROPOSED] ORDER**

14                Plaintiff,            **GRANTING STIPULATION**

15       vs.

16   TARGET CORPORATION, a Minnesota
     corporation authorized to do business in

17   the State of California, and DOES 1
     through 100, Inclusive,

18
               Defendants.

19

20

21

22

23

24

25

26

27

28

1   DAVID R. MARKHAM (Cal. State Bar No. 71814)
    R. CRAIG CLARK (Cal. State Bar No. 129219)
2   JAMES M. TREGLIO (Cal. State Bar No. 228077)
    LAURA M. COTTER (Cal. State Bar No. 259445)
3   CLARK & MARKHAM LLP
    600 B Street, Suite 2130
4   San Diego, California  92101
    Telephone:  (619) 239-1321
5   Facsimile:  (619) 239-5888
    E-mail: dmarkham@clarkmarkham.com
6   E-mail: cclark@clarkmarkham.com
    E-mail: jtreglio@clarkmarkham.com
7   E-mail: lcotter@clarkmarkham.com

8   WALTER HAINES (Cal. State Bar No. 71075)
    UNITED EMPLOYEES LAW GROUP
9   65 Pine Avenue, #312
    Long Beach, California  90802
10  Telephone:  (877) 696-8378
    Facsimile:  (562) 256-1006
11  E-mail: walter@whaines.com

12  Attorneys for Plaintiff Anthony Acosta

13  JEFFREY D. WOHL (Cal. State Bar No. 96838)
    GREGGORY W. DALTON (Cal. State Bar No. 252000)
14  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street, 24th Floor
15  San Francisco, California  94105
    Telephone:  (415) 856-7000
16  Facsimile:  (415) 856-7100
    E-mail: jeffwohl@paulhastings.com
17  E-mail: greggorydalton@paulhastings.com

18  Attorneys for Defendant Target Corporation

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE
U.S.D.C., N.D. Cal., No. C-09-03957 JF

1

## STIPULATION

2     Plaintiff Anthony Acosta and defendant Target Corporation, acting by and through their

3   attorneys of record, hereby stipulate pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, that

4   this action is DISMISSED WITH PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND

5   ATTORNEYS' FEES.  This dismissal is without prejudice to the claims of any putative class member

6   other than plaintiff.

7     Dated:  June 30, 2010.                DAVID R. MARKHAM
                                            R. CRAIG CLARK
8                                           JAMES M. TREGLIO
                                            LAURA M. COTTER
9                                           CLARK & MARKHAM LLP

10                                          WALTER HAINES
                                            UNITED EMPLOYEES LAW GROUP
11

12                                          By: _____
13                                                   David R. Markham
                                                Attorneys for Plaintiff Anthony Acosta
14
      Dated:  June 30, 2010.                JEFFREY D. WOHL
15                                          GREGGORY W. DALTON
                                            PAUL, HASTINGS, JANOFSKY & WALKER LLP
16

17                                          By: _____
                                                     Jeffrey D. Wohl
18                                              Attorneys for Defendant Target Corporation

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2         On the stipulation of the parties, and good cause appearing therefor,

3         IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, EACH

4    SIDE TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES.  This dismissal is without prejudice to

5    the claims of any putative class member other than plaintiff.

6         Dated: July 2 , 2010.

7

8                                    Jeremy Fogel
                            United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28